# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOYCE ABRAM, | ] | Case No. 8:08-cv-527 |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | **ORDER OF DISMISSAL** |
| | ] | **WITH PREJUDICE** |
| METROPOLITAN COMMUNITY | ] | |
| COLLEGE, a Political Subdivision, | ] | |
| | ] | |
| Defendant. | ] | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 18.

**THEREFORE, IT IS ORDERED:**

This action is hereby dismissed, with prejudice, each party to pay his or its own costs.

Dated this 22nd day of July, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge